# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBBERT WELLS**                                                                          **PLAINTIFF**
ADC #139868

v.                      Case No. 4:20-cv-00901-KGB

**WENDY KELLEY,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Robert Wells's[1] complaint (Dkt. No. 1). The Court denies as moot Mr. Wells's motion to voluntarily dismiss (Dkt. No. 4).

It is so ordered this 4th day of December, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge

---

[1] Mr. Wells notes that his name is not spelled "Robbert," as written in the original complaint (Dkt. No. 1, at 2), but rather "Robert" (Dkt. No. 4, at 1).