IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBBERT WELLS**  **PLAINTIFF**
**ADC #139868**

v.    Case No. 4:20-cv-00901-KGB

**WENDY KELLEY,** *et al.*    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Robert Wells's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge